1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, CONTRACT COMPLIANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, | Case No. CV 16-0121-CBM (PLAx)<br><br>Assigned to the Honorable Consuelo B. Marshall<br><br>**JUDGMENT [JS-6]** |

       Plaintiffs,

    vs.

DI NONNO ENTERPRISES INC., a California corporation also doing business as "CUTTING EDGE CONCRETE CUTTING,"

       Defendant.

[PRPOOSED] JUDGMENT.DOC

This action having been commenced on January 7, 2016, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant, Di Nonno Enterprises, Inc., a California corporation also doing business as "Cutting Edge Concrete Cutting," and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union, shall recover, from Defendant, Di Nonno Enterprises, Inc., a California corporation also doing business as "Cutting Edge Concrete Cutting," the principal amount of $28,751.06, together with pre-judgment and post-judgment interest at the rate of 8% per annum accruing from March 15, 2016, until the judgment is paid in full.

DATED:  March 22, 2016  _____
Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

CC: FISCAL

JUDGMENT

[PRPOOSED] JUDGMENT.DOC